FILE COPY



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

October 21, 2015

Adam C. Burney
Mark D. Scott
SCOTT, McNEILL & BURNEY, PLLC
3000 East Loop 820
Fort Worth, TX 76112
* DELIVERED VIA E-MAIL *

Steven W. Conder
Assistant Criminal District Attorney
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

**RE:** Case Numbers: 07-14-00083-CR, 07-14-00084-CR, 07-14-00085-CR
Trial Court Case Numbers: 1328179D, 1328181D, 1344140R
**Style:** Malishia Lynn Booker v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable David Scott Wisch (DELIVERED VIA E-MAIL)
      Thomas A. Wilder (DELIVERED VIA E-MAIL)